UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Chapman Merger and Acquisitions Services, Inc.
                                             Plaintiff,

v.                                                          Case No.: 1:08−cv−00032
                                                               Honorable Milton I. Shadur

Kevin Signor, et al.
                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 10, 2008:

      MINUTE entry before Judge Milton I. Shadur : Case called for status. No appearance by Plaintiff 3/10/2008.Status hearing reset for 4/8/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.