UNITED STATES DISTRICT COURT
FFOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **CHAPMAN MERGER AND ACQUISITIONS SERVICES, INC.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **Kevin Signor, Signor Trucking, Inc.** ) <br> ) <br> **Defendants** ) | **CASE NO. : 08 C 32** <br><br> **Judge Shadur** <br> **Magistrate Judge Nolan** |

**Motion to Dismiss with Prejudice**

Plaintiff, Chapman Merger and Acquisitions Services, Inc. ("Chapman"), by its attorney, Wesley E. Johnson, States as follows for its Motion to Dismiss with Prejudice:

1. This matter has been settled and all conditions of settlement have been satisfied.
2. Plaintiff Chapman Merger and Acquisitions Services, Inc. ("Chapman") therefore requests that this matter be dismissed with prejudice.

WHEREFORE, plaintiff Chapman Merger and Acquisitions Services, Inc. prays that this Court dismiss this matter with prejudice.

Dated: April 2, 2008

                                            /s/ Wesley E. Johnson
                                      Wesley E. Johnson, attorney for plaintiff
                                      Chapman Merger and Acquisitions Services, Inc.

Wesley E. Johnson
203 N. LaSalle St.
Suite 2100
Chicago, IL 60601
(312) 520-6060
Fax: (773)327-6060
Illinois A.R.D.C # 6225257